AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 24 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| NOE GAYTON | |

Case No. 4:09CR00296-04 BSM
USM No. 25611-009

Kim Driggers
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   General, Standard, Special   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 General | Failure to refrain from unlawfully possessing a controlled substance | |
| 2 Standard (7) | Failure to refrain from use of a controlled substance | 06/09/2015 |
| 3 Standard (2) | Failure to report to the probation officer as directed | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4439

Defendant's Year of Birth: 1970

City and State of Defendant's Residence:
Batesville, Arkansas

08/20/2015
Date of Imposition of Judgment

_/s/_ Signature of Judge

BRIAN S. MILLER,   U. S. DISTRICT JUDGE
Name and Title of Judge

8-24-15
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: NOE GAYTON
CASE NUMBER: 4:09CR00296-04 BSM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 Special (1) | Failure to participate in a substance abuse treatment program | 07/07/2015 |
| 5 Special (2) | Failure to participate in a mental health treatment program | 03/25/2015 |

AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
               Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT: NOE GAYTON
CASE NUMBER: 4:09CR00296-04 BSM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

SIX (6) MONTHS WITH NO SUPERVISED RELEASE TO FOLLOW.

☑ The court makes the following recommendations to the Bureau of Prisons:

Gayton shall participate in nonresidential substance abuse treatment during incarceration. Gayton shall serve his term of imprisonment at FCI Forrest City, Arkansas.

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:

     ☑ at __02:00__ ☐ a.m. ☑ p.m. on __09/18/2015__ .

     ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____ .

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL